Case Number 09-38858 - DICK, KENNETH GEORGE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Recovery Management Systems Corporation**<br>**For GE Money Bank**<br>**dba JCPENNEY CREDIT SERVICES**<br>**25 SE 2nd Ave Ste 1120**<br>**Miami FL 33131** | 000003 | 358.22 | 1.41 |
| ---------- Remittance Total ---------------- | | 358.22 | 1.41 |

CHARLES W. RIES, Trustee